UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE LARRY WIMBERLY,<br><br>　　　　　　Plaintiff. | Case No. 23-cv-00364-PJH<br><br>**ORDER OF DISMISSAL** |

　　This case was opened when plaintiff, a California state prisoner proceeding pro se, wrote a letter to the court. In an effort to protect his rights, it was filed as a new case. Plaintiff has now filed a notice stating that he did not intend to file a case. Docket No. 4. This case is therefore **DISMISSED** without prejudice pursuant to Fed. R. Civ. P. 41(a). No fee is due.

　　**IT IS SO ORDERED.**

Dated: March 2, 2023

　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Phyllis J. Hamilton_
　　　　　　　　　　　　　　　　　　　　　　　PHYLLIS J. HAMILTON
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge